United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| Cesar Janicso Mejia-Acosta<br>    Petitioner,<br><br>v.<br><br>Pam Bondi,<br>Attorney General of the United States,<br>*et al*,<br>    Respondents. | No. 5:25-CV-00432-XR |

### Order

The Court has considered Federal Respondents' Unopposed Motion to Transfer Venue and finds it to be meritorious. The motion (ECF No. 11) is accordingly **GRANTED**.

The Court **GRANTS** the Motion and **TRANSFER**S the case to the Southern District of Texas.

**IT IS SO ORDERED**.

Signed and entered this 17th day of June, 2025.

_____
Xavier Rodriguez
United States District Judge